# FILED

10/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0274

## IN THE SUPREME COURT OF THE STATE OF MONTANA

RONALD R. OBERLANDER,

    Third-Party Plaintiff, Third-Party Counterdefendant, and Appellant,

        vs.

JACQUES HENNEQUIN, et al.,

    Third-Party Defendants, Third-Party Counterclaimants, and Appellees.

Supreme Court Cause No. 22-0274

**ORDER GRANTING UNNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' ANSWER BRIEF**

Upon the Unopposed Motion for Extension of Time to File Appellees' Answer Brief, and with good cause appearing, the motion is granted. Appellees' Answer Brief shall be filed on or before November 16, 2022.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 5 2022